**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO: 24-10031** |
| | § | |
| **MICHELLE LYNN KAHOE,** | § | **CHAPTER 13** |
| | § | |
| **DEBTOR.** | § | **SECTION A** |
| | § | |

# ORDER

Pending before the Court is the *Motion to Approve Authority to Incur/Modify Secured Debt and to Enter into USDA Mortgage Recovery Advance* (the "Motion"), [ECF Doc. 95], filed on behalf of Michelle Lynn Kahoe, (the "Debtor") which was scheduled for hearing on November 4, 2026, and properly noticed.

The Court, having considered the record and pleadings, the applicable law, and no objections having been filed, **GRANTED** the Motion without hearing. Therefore,

**IT IS HEREBY ORDERED** that the Debtor is granted authority to enter into the USDA Stand Alone Mortgage Recovery Advance, providing for the curing of pre-petition and post-petition arrears through September 1, 2026, on the Debtor's existing primary home mortgage account ending 7082 with Carrington Mortgage Services, LLC ("Carrington") as holder of the mortgage note secured by the Debtor's home residence at 24351 Water Hickory Road in Ponchatoula, LA 70454 by entering into the USDA Mortgage Recovery Advance as set forth in the Motion and attached thereto.

**IT IS FURTHER ORDERED** that the Debtor, Carrington, and the United States Department of Agriculture, their respective agents and any assignees are authorized to execute any documents or other instruments that may be necessary to memorialize the USDA Stand Alone Mortgage Recovery Advance and change in terms to the Carrington loan ending no. 7082.

**IT IS FURTHER ORDERED** that Carrington shall file an amended proof of claim within thirty (30) days of the entry of this Order to reflect the revised terms and to remove the pre-petition arrearages included in the USDA Mortgage Recovery Advance from proof of claim No. 3.

**IT IS FURTHER ORDERED** that Counsel for the Debtor is awarded additional compensation of $350.00 for representing the Debtor in the Motion, and such compensation shall be paid through the Debtor's Chapter 13 Plan by the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that counsel for the Debtor shall serve this Order on the required parties who will not receive notice through the ECF system pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three days.

New Orleans, Louisiana, November 16, 2026.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE